[No. 2116-2. Division Two. November 30, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS C. HOFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1444, Terence Hanley, J., entered October 7,

1975. *Affirmed* by unpublished opinion per Rummel, J. Pro Tem., concurred in by Reed, J., and Cochran, J. Pro Tem.